UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHNATHON HULLEY,

    Plaintiff,

v.

                                            Case No: 1:25-cv-626

CARRINGTON MORTGAGE SERVICES, LLC,

                                            HON. ROBERT J. JONKER

    Defendant.

_____/

## ORDER APPROVING AND ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action on December 29, 2025 (ECF No. 8). The Report and Recommendation was duly served on the parties, and no objections have been filed under 28 U.S.C. § 636(b)(1)(C).

**ACCORDINGLY, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge (ECF No. 8) is **APPROVED** and **ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that Defendant's motion to dismiss (ECF No. 5) is **GRANTED** and the case is **DISMISSED**.

Dated:   January 26, 2026                     /s/ Robert J. Jonker
                                                        ROBERT J. JONKER
                                                         UNITED STATES DISTRICT JUDGE